

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00298-CR
### NO. 02-14-00299-CR

MANDY RAE MANN                                                APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1363887D, 1368510D

----------

## MEMORANDUM OPINION[1]

----------

On July 2, 2014, as part of a plea-bargain agreement, Appellant Mandy Rae Mann pleaded guilty to possession of a controlled substance or dangerous drug in a correctional facility and to possession of less than one gram of heroin. *See* Tex. Health & Safety Code Ann. § 481.115 (West 2010); Tex. Penal Code Ann. § 38.11(d)(1) (West 2011).  In accordance with the plea-bargain agreement,

---

[1]*See* Tex. R. App. P. 47.4.

the trial court sentenced Appellant to nine months' confinement in state jail for each offense, to be served concurrently. The trial court certified in both cases that Appellant had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

On July 11, Appellant filed pro se notices of appeal in the trial court. *See* Tex. R. App. P. 25.2(c), 26.2. On July 30, we notified Appellant that the trial court had certified that she had no right to appeal and that we would dismiss the appeals unless Appellant or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals no later than August 11. *See* Tex. R. App. P. 25.2(d), 44.3. Appellant did not respond. The record does not show that Appellant's sentences exceeded the State's recommendations, that Appellant desires to appeal a matter that was raised by written motion filed and ruled on before trial, or that the trial court granted Appellant permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). Thus, in accordance with the trial court's certification, we dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 18, 2014

2